IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2064-JFA |
|---|---|---|
| v. | ) | ORDER |
| JOSEPH JUNIOR NELSON | ) | |

The above referenced defendant was sentenced on August 30, 2012, and has reported to the Bureau of Prisons and there is no longer a reason for the Court to hold the surety deposit.

On the motion of Ashley Nicole Harmon, the individual who posted the defendant's bond, and without opposition from the United States Attorneys Office, the Clerk's Office is hereby authorized to return the surety deposit posted in the amount of $7,500.00 to the address provided to the Clerk's Office at the time of posting the bond.

IT IS SO ORDERED.

October 31, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge